(107 So. 725)
### JONES v. CITY OF ALBANY. (8 Div. 451.)

(Court of Appeals of Alabama. March 23, 1926.)

Criminal law ⚫⟫561(1)—Proof of intentional commission of act beyond reasonable doubt is required to convict for violation of criminal statute.

To convict for violation of criminal statute evidence must be sufficient to convince jury beyond reasonable doubt that defendant intentionally did or omitted to do act condemned by statute.

Appeal from Morgan County Court; W. T. Lowe, Judge.

Ezra Jones was convicted of violating a city ordinance of the city of Albany, and he appeals. Reversed and remanded.

S. A. Lynne, of Decatur, for appellant.

The evidence fails to show defendant willfully committed the act complained of, and he should have had the affirmative charge.

G. O. Chenault, of Albany, for appellee.

Brief of counsel did not reach the Reporter.

SAMFORD, J. No brief has come to the hands of the court from appellee, but we have carefully read the record en banc, and, without discussing or setting out the evidence, this court reaches the conclusion that there was an entire failure on the part of the city in making proof sufficient to justify a conviction. Before a person can be held guilty of the violation of a criminal statute, there must be evidence sufficient to convince the jury beyond a reasonable doubt that the defendant *intentionally* did or omitted to do the act condemned by the statute.

The judgment is reversed, and the cause is remanded.

Reversed and remanded.